UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AJA DEION LACEY,

      Plaintiff,

v.

STATE OF WASHINGTON, et al.,

      Defendants.

No. 3:23-CV-05371-DGE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, after *de novo* review of the record, has reviewed the Report and Recommendation ("R&R") of Magistrate Judge David W. Christel, and objections, if any, to the R&R. The Court does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 18.)

(2) This matter is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 15th day of September, 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1